STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
12-749 consolidated with 12-692

**CASSANDRA CHARK**

**VERSUS**

**THOMPSON HEALTH SERVICES, INC.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 237,114
HONORABLE JOHN C. DAVIDSON, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**OSWALD A. DECUIR**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Shannon J. Gremillion, Judges.

**AFFIRMED.**

**Angella H. Myers**
**Mark C. Carver**
**The Myers Law Group, L.L.P.**
**1100 Poydras Street, Suite 2520**
**New Orleans, LA 70163**
**(504) 252-9877**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Thompson Health Services, Inc.**

**Tamara S. Battles**
**Attorney at Law**
**P. O. Box 265**
**Alexandria, LA 71309**
**(318) 308-3296**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
     **Cassandra Chark**

**DECUIR, Judge.**

For the reasons assigned in the consolidated case of *Chark v. Thompson Health Services, Inc.*, 12-692 (La.App. 3 Cir. 11/___/12), ___So.3d.___, the judgment of the trial court is affirmed. Costs of this appeal are assessed to Cassandra Chark.

**AFFIRMED.**